COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



**ORDER ON MOTION**

Cause number:  01-13-00842-CV

Style:  In re Courtney Nixon

Date motion filed[*]:  October 18, 2013

Type of motion:  Motion to Extend Time to Respond to Petition for Writ of Mandamus

Party filing motion:  Real Party In Interest

Document to be filed:  Real Party In Interest's Response

Is appeal accelerated?  No

If motion to extend time:

Original due date:  October 18, 2013

Number of prior extensions:  0  Current Due date:  October 18, 2013

Date Requested:  October 25, 2013

Ordered that motion is:

☑ Granted

If document is to be filed, document due:  October 25, 2013

☐ The Court will not grant additional motions to extend time

☐ Denied

☐ Dismissed (*e.g.*, want of jurisdiction, moot)

☐ Other: _____

_____

_____

Judge's signature: /s/ Sherry Radack

☑ Acting individually  ☐ Acting for the Court

Panel consists of  _____

Date:  October 21, 2013

November 7, 2008 Revision